NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 5:01CR02-001

NORMAN JOHN GARCEAU

On September 17, 2001 the above named was placed on Probation for a period of five (5) years. He has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Norman John Garceau be discharged from Probation.

Respectfully submitted,

Charles P. Cunningham
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 15th day of November, 2005.

Stephan P. Mickle
United States District Judge